**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                            Case No. 6:20–bk–03357–LVV
                                                                                       Chapter 11
FCID Medical, Inc.


_____Debtor*_____/


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

    On June 15, 2020 the above named Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.
The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is
provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original
petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor
fails to timely correct the noted deficiency.

    Due to the impact of the Coronavirus, at this time the filing windows at the Courthouses are CLOSED. Debtors
who are not represented by an attorney shall cure deficiencies by filing the required papers with the Court by email,
facsimile ("fax"), U.S. Mail, or other delivery. Debtors are strongly encouraged to file by email as there may be
delays in the Court's processing of papers received by fax, U.S. Mail, or other delivery.

Debtors may file papers in Orlando cases at the following addresses. If papers are filed by email or fax, Debtor must
also mail the papers to the Courthouse.

flmb–intake–orlando@flmb.uscourts.gov
(Fax) 904–301–6494
U.S. Bankruptcy Court
300 North Hogan Street
Suite 3–150
Jacksonville, FL 32202

        Schedules A–B,D–H and a fully completed Summary of Your Assets and Liabilities (forms 106 for
        individuals or 206 for non–individuals) were not filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c),
        the Debtor is directed to file the missing items with proper declaration of the Debtor no later than 14
        days from the date the petition was filed.

        A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

        If additional creditors not initially provided with the Petition are added on the Schedules, the Debtor
        is directed to include $31.00 amendment fee and provide proof of service of the Notice of Chapter 11
        Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13
        plan must also be served on the additional creditors.


        The Statement of Financial Affairs was not filed. The Debtor is directed to file a signed Statement of
        Financial Affairs using the form B107 for an individual or B207 for non–individuals within 14 days
        from the date the case was filed.

        The attorney for Debtor did not file an Attorney's Disclosure of Compensation required by 11 U.S.C.
        § 329 and Fed. R. Bankr. P. 2016(b). The attorney for the Debtor is directed to file an Attorney's

Disclosure of Compensation (Form B2030) within 14 days from the date the petition was filed. Failure of attorney for the Debtor to cure this deficiency may result in sanctions or the issuance of a show cause order.

The Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

Dated: June 16, 2020

FOR THE COURT

Sheryl L. Loesch , Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.