ORDERED.

**Dated:  June 19, 2020**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Case No.: 6:20-bk-3355-LVV |
| First Choice Healthcare Solutions, Inc. | Chapter 11 |
|     Debtor. | |
| _____/ | |
| In re: | Case No.: 6:20-bk-3356-LVV |
| First Choice Medical Group of Brevard, LLC | Chapter 11 |
|     Debtor. | |
| _____/ | |
| In re: | Case No.: 6:20-bk-3357-LVV |
| FCID Medical, Inc. | Chapter 11 |
|     Debtor. | |
| _____/ | |
| In re: | Case No.: 6:20-bk-3359-LVV |
| Marina Towers, LLC, | Chapter 11 |
|     Debtor. | |
| _____/ | |

**ORDER AUTHORIZING JOINT ADMINISTRATION**
**PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015**

THIS CASE came on for hearing on June 17, 2020 on the *Debtors' Motion for Order*

*Authorizing Joint Administration Pursuant to Bankruptcy Rule 1015 and Local Rule 1015* (Doc.

53548565;3

No. 3) in the above styled and numbered chapter 11 cases seeking joint administration of such cases ("Motions").

The Court finds that notice was proper and that no party in interest made any response in opposition to the Motions or, if so, the relief requested in any such response was denied for the reasons stated on the record, and further finds that the relief requested in the Motions should be granted. Accordingly, it is hereby

ORDERED:

1.      The Motion is GRANTED.

2.      The chapter 11 cases of First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc., and Marina Towers, LLC shall be jointly administered in accordance with the terms of this Order.

3.      Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the Debtors; it is the *Court's intention to jointly administer the bankruptcy cases of the Debtors for procedural purposes only*.

4.      First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc., and Marina Towers, LLC are to be jointly administered under Case No. 20-bk-3355-LVV.

5.      Judge Lori V. Vaughan shall preside over these jointly administered cases.

6.      The joint caption of the First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc., and Marina Towers, LLC cases shall read as shown in attached Exhibit A.

7.      All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of First Choice Healthcare Solutions, Inc., Case No.

53548565;3

6:20-bk-3355-LVV.  In the instance where the relief requested in a pleading pertains to a specific Debtor or Debtors, the title as well as the first paragraph of the pleading or order shall indicate the specific Debtor or Debtors.

8. All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made.

9. Each of the Debtors shall (a) file separate monthly operating reports; (b) maintain separate financial accounts and records; (c) not be liable for the claims against any of the other Debtors by virtue of this Order; and (d) file separate Bankruptcy Schedules and Statements of Financial Affairs.

10. A docket entry shall be made in each of the Debtors' cases substantially as follows: *An order has been entered in this case directing the joint administrative of the chapter 11 cases of First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc., and Marina Towers, LLC.; the docket in the chapter 11 case of First Choice Healthcare Solutions, Inc., Case No. 6:20-bk-3355-LVV should be consulted for all matters affecting this case*.

11. Debtors shall file a master service list in First Choice Health Care Solutions, Inc. Case No. 6:20-bk-3355-LVV which includes all creditors, persons filing Notices of Appearances, and all parties-in-interest in all the debtor's jointly administered cases for future noticing requirements.

12. This order shall be served by the Debtors on interested parties and all parties included on the master service list.

[Attorney Esther McKean, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.]

53548565;3

**EXHIBIT A**
**JOINTLY ADMINISTERED CASES CAPTION**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
**www.flmb.uscourts.gov**

In re:                                                              Case No.: 6:20-bk-3355-LVV
                                                                    Chapter 11

First Choice Healthcare Solutions, Inc. *et, al.*

                                                                    (Jointly Administered)

    Debtors.
_____/

53548565;3